```
                                              FILED
                                           BILLINGS, MT
                                          2006 FEB 21 PM 2 30
                                          PATRICK E. DUFFY, CLERK
                                          BY_____
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| **JARVIS EDMOND CARTER,** | CV-05-90-BLG-RFC |
| **Plaintiff,** | |
| vs. | |
| | **ORDER** |
| **ALTERNATIVES, INC.,** sued in its official capacity; **BILL SLAUGHTER; MIKE FERRITER;** and **RANDY GOWEN,** sued in their individual capacities, | |
| **Defendants.** | |

On October 27, 2005, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation and on December 13, 2005, United States Magistrate Judge Richard W. Anderson entered his Supplemental Findings and Recommendations. Magistrate Judge Anderson recommends that Defendants Alternatives, Inc., Ferriter, and Slaughter be

1

dismissed; supplemental jurisdiction over Carter's allegations of false imprisonment be declined; and Carter's motion for preliminary injunction be denied.

Upon service of the magistrate judge's findings and recommendation, Carter had 20 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Carter filed objections to the findings and recommendations on November 9, 2005. Carter's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Defendants Alternatives, Inc., Ferriter, and Slaughter are DISMISSED;

2. Supplemental jurisdiction over Carter's allegations of false imprisonment is DECLINED, pursuant to 28 U.S.C. § 1367(c)(1), because a false imprisonment theory in this context is a novel application of the law in Montana; and

3. Carter's motion for preliminary injunction [*doc. #16*] is DENIED.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 21 day of February, 2006.

CERTIFICATE OF MAILING
DATE: 2-21-06 BY: CA
I hereby certify that a copy of this order was mailed to:
J. Carter.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2